# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELAINE T. MARSHALL,
INDIVIDUALLY AND AS CO-
TRUSTEE OF THE MARSHALL
LEGACY FOUNDATION AND THE
MARSHALL HERITAGE
FOUNDATION, ET AL.

NO.   2022 CW 0362

VERSUS

**JULY 5, 2022**

PRESTON L. MARSHALL

---

In Re:   Elaine T. Marshall, Individually and as Co-Trustee of the Marshall Legacy Foundation and the Marshall Heritage Foundation, et al., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 656183.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

    **WRIT DENIED.**   The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981)(per curiam) are not met.

                                   PMc
                                   JEW
                                   CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT